**DataForce Search**  LAKE COUNTY  CROFT,MIKAYLA (SOADMC)  Notifications  Log Out

**NOTICE!** This person has been marked with a flag or alert! FLAG **Click here to view.**

Jail Management System | History | Batch | Admin | Reports | Print | **Inmate Banking Account History**

Banking Balance: $51.35
Liability Balance:

ket ID: 19  00005007

TREVOR GARDIPE

### Transaction Entry

Type:
Amount:
Description:

Date:  /  /
Time:  :
Check #:

### Transaction History

| Date( Time ) | Transaction Type | | Amount | Balance | Liability |
|---|---|---|---|---|---|
| 01/27/2022( 08:35 ) | PUR(W) | COMMISSARY ORDER | -28.90 | 51.35 | 0.00 |
| 01/25/2022( 08:40 ) | PUR(W) | COMMISSARY ORDER | -20.80 | 80.25 | 0.00 |
| 01/21/2022( 08:29 ) | CASH(D) | RECEIPT 49931 PAID BY TIM GARDIPE 1/20/2022 | 100.00 | 101.05 | 0.00 |
| 01/18/2022( 08:44 ) | PUR(W) | COMMISSARY ORDER | -9.10 | 1.05 | 0.00 |
| 01/11/2022( 08:57 ) | PUR(W) | COMMISSARY ORDER | -11.05 | 10.15 | 0.00 |
| 01/06/2022( 09:24 ) | PUR(W) | COMMISSARY ORDER | -20.15 | 21.20 | 0.00 |
| 01/04/2022( 09:14 ) | PUR(W) | COMMISSARY ORDER | -20.50 | 41.35 | 0.00 |
| 12/28/2021( 09:22 ) | PUR(W) | COMMISSARY ORDER AND PHONE CARD | -35.80 | 61.85 | 0.00 |
| 12/22/2021( 08:36 ) | CASH(D) | RECEIPT 49260 PAID BY TIM GARDIPE 12/21/2021 | 100.00 | 97.65 | -2.35 |
| 12/14/2021( 09:00 ) | OTC(W) | INDIGENT COMMISSARY ORDER | -2.35 | -2.35 | 2.35 |
| 11/30/2021( 09:09 ) | PUR(W) | COMMISSARY ORDER | -18.75 | 0.00 | 0.00 |
| 11/23/2021( 08:43 ) | PUR(W) | COMMISSARY ORDER AND PHONE CARD | -29.20 | 18.75 | 0.00 |
| 11/18/2021( 08:55 ) | PUR(W) | COMMISSARY ORDER AND PHONE CARD | -39.70 | 47.95 | 0.00 |
| 11/17/2021( 08:43 ) | CASH(D) | RECEIPT 47329 PAID BY TIMOTHY GARDIPE 11/16/2021 | 50.00 | 87.65 | 0.00 |
| 11/16/2021( 10:18 ) | CASH(D) | RECEIPT 47324 PAID BY DANA HEWANKORN 11/15/2021 | 40.00 | 37.65 | -2.35 |
| 11/16/2021( 09:40 ) | OTC(W) | INDIGENT COMMISSARY ORDER | -2.35 | -2.35 | 2.35 |

**More Photos(8)**

**View MNI Tree**

**Warrant Control System**

**Jail Management**

Seek | Save | Clear | Search RT | Exit